No. 80–5944. KOHLS v. UNITED PARCEL SERVICE, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 80–5948. LOCKETT v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 80–5949. BURKHALTER v. CHRYSLER CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–5952. STEELE v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 80–5955. FINLAYSON ET AL. v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 80–5956. SKINNER v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 80–5957. JOHNSON v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 80–5958. KADET v. SMITH, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 80–5959. ANTONELLI v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–5960. MAZZELLA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–5961. THOMAS v. UNITED STATES; and
No. 80–5965. MADDOX v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 676 F. 2d 239.

No. 80–5962. RHEUARK ET AL. v. DALLAS COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.